DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN ANTHONY WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2729

[November 2, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562012CF002417A.

John Anthony Wright, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN, and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***